**No. 63540.**—20th Century Fox Film Corporation v. United States, protest 58/23297 (Los Angeles).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63541.**—Lep Transport, Inc. v. United States, protest 58/24659 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63542.**—Ardalt, Inc. v. United States, protests 59/1472, etc. (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.